**1411-14**

# ELECTRONIC RECORD

CCA #    09-13-00408-CR                          OFFENSE:    Arson

STYLE:   Ernest Joe Bilnoski
         v. The State of Texas                   PUNISHMENT:    45 years

                                                 COUNTY:    Montgomery

TRIAL COURT:        221st District Court                                    MOTION
TRIAL COURT #:      13-07-07790 CR               FOR REHEARING IS:
TRIAL COURT JUDGE:  Judge Lisa Benge Michalk     DATE:
DISPOSITION:        AFFIRMED                      JUDGE:

DATE:       09-17-14

            CHIEF JUSTICE
JUSTICE:    STEVE McKEITHEN       PC   NO   S   YES
PUBLISH:    NO                    DNP:   YES

CLK RECORD:     11-18-13                 SUPP CLK RECORD:
RPT RECORD:     10-23-13                 SUPP RPT RECORD:
STATE BR:       03-04-14; 07-24-14       SUPP BR:
APP BR:         02-28-14                 PRO SE BR:        07-21-14; 08-11-14

---

# IN THE COURT OF CRIMINAL APPEALS

**1411-14**

**ELECTRONIC RECORD**                    CCA # _____ **1411-14**

_____PRO SE_____ Petition                Disposition: _____
FOR DISCRETIONARY REVIEW IN CCA IS:      DATE: _____
_REFUSED_                                JUDGE: _____
DATE: _02/11/2015_                       SIGNED: _____    PC: _____
JUDGE: _Per Curiam_                      PUBLISH: _____    DNP: _____

_____ MOTION FOR REHEARING IN            MOTION FOR STAY OF MANDATE IS:

CCA IS: _____ ON _____               _____ ON _____

JUDGE: _____                   JUDGE: _____